## CHICAGO, R. I. & P. RY. CO. v. WEIL et al.

(Circuit Court of Appeals, Eighth Circuit. January 10, 1911.)

### Nos. 2,895, 2,897, 2,898, 2,899.

Appeals from the Circuit Court of the United States for the District of Colorado.

Bills by the Chicago, Rock Island & Pacific Railway Company, by the Missouri Pacific Railway Company, by the Atchison, Topeka & Santa Fé Railway Company, and by the Union Pacific Railroad Company against I. C. Weil and others. From a decree sustaining an alleged plea in bar in the nature of a plea in abatement as to certain of the defendants, and denying leave to take issue thereon, they appeal. Reversed, with directions.

William V. Hodges and Charles W. Waterman (Clayton C. Dorsey, Thomas H. Devine, Henry A. Dubbs, J. W. Preston, and Henry T. Rogers, on the brief), for appellants.

Clay B. Whitford (Henry E. May, on the brief), for appellees.

Before VAN DEVANTER, HOOK, and ADAMS, Circuit Judges.

VAN DEVANTER, Circuit Judge. Save that the complainant in the Circuit Court was identical with the complainant in the prior suit in the state court, these cases are in all respects like Chicago, Burlington & Quincy Railroad Company v. Weil, 183 Fed. 956, decided to-day; and for the reasons given in the opinion in that case the decree in each of these cases is reversed, to the same extent and with like directions as in that case.